

**07 CIV 8168**

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abelardo Mora
_____
(petitioner/plaintiff)

-v-

United Collection Bureau, Inc.
_____
(respondent(s)/defendant(s))

I, Abelardo Mora _____, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

I am not employed and receive no salary.

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

I am 82 years of age; I have not been employed for approximately 18 years. My last job was in construction and lasted two or three years.

3. Have you every received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   YES____   NO x___
   b. Rent payments, interest, or dividends?              YES____   NO x___
   c. Pensions, annuities, or life insurance payments?    YES____   NO x___
   d. Gifts or inheritances?                              YES____   NO x___
   e. Any form of public assistance?                      YES x___  NO____
   f. Any other sources?                                  YES x___  NO____

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

I receive $730 from social security/SSI, and $150 in food stamps.

4. Do you own any cash or do you have money in a checking or savings account?

YES  X     NO____    (Including any funds in prison accounts)
If the answer is yes, state the total value owned.

I have approximately $100 in the bank from my social security checks.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES____     NO  X
If the answer is yes, describe the property and state its approximate value.


6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

No.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

I live in a rent-controlled apartment and pay $595.57 per month in rent.

8. State any special financial circumstances which the court should consider in this application.

I am an elderly person who lives on a fixed income from social security and receives government assistance.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __September__, __07__.
         (day)              (month)              (year)

_____
              (signature)