# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8168                                              Date Filed: 9/18/2007

Plaintiff:
**Abelardo Mora,**

vs.

Defendant:
**United Collection Bureau, Inc.,**
**State of New York, County of Albany)ss.:**

Received by Target Research Services, Inc. to be served on **United Collection Bureau, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **19th day of September, 2007** at **2:45 pm, I:**

Served the within named **CORPORATION** by delivering two true copies of the **Summons and Complaint, Civil Cover Sheet, Declaration in Support of Request to proceed in Forma Pauperis pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Marybeth Huyck as Senior Data Entry Machine Operator of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 36,  Sex: F,  Race/Skin Color: White,  Height: 5' 6",  Weight: 160,  Hair: Brown,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 21st day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4912372
Qualified in Albany County
Commission Expires Feb 28, 2010

J.R. O'Rourke
Process Server

**Target Research Services, Inc.**
**20 Vesey Street**
**Ph**
**New York, NY  10007**
**(212) 227-9600**
Our Job Serial Number: 2007003605

Copyright © 1992-2006 Database Services, Inc - Process Server's Toolbox V5.9t