UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
:
ABELARDO MORA, :
:
                Plaintiff, :   ECF Filed
:
   v. :   No. 07 Civ. 8168
:
:   Hon. Denise L. Cote
UNITED COLLECTION BUREAU, INC. :
:
                Defendant. :
:
:
------------------------------------X

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   Clerk of Court and Defendant:

PLEASE TAKE NOTICE that as a result of a combination, the law firm of LeBoeuf, Lamb, Greene & MacRae LLP will now be known as Dewey & LeBoeuf LLP. All pleadings and correspondence should be directed to Dewey & LeBoeuf LLP (as well as to Manhattan Legal Services). The office address, telephone numbers and facsimile numbers remain the same, as provided below.

Dated: October 1, 2007         DEWEY & LEBOEUF LLP

                                       By:   /s/ Brian A. Burns
                                               John M. Nonna
                                             Brian A. Burns
                                             Autumn C. Katz
                                             Dewey & LeBoeuf LLP
                                             125 West 55th Street
                                             New York, New York 10019-5389
                                             Tel: 212-424-8000
                                             Fax: 212-424-8500
                                             Attorneys for Plaintiff

MANHATTAN LEGAL SERVICES
Chaumtoli Huq
90 John Street, Suite 301
New York, New York 10038-3243
Tel: 212-442-3100
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing Plaintiff's Notice of Change of Law Firm Name to be served upon:

>John M. Terry, Esq.
>General Counsel
>United Collection Bureau, Inc.
>5620 Southwyck Boulevard, Suite 206
>Toledo, Ohio 43614

By Federal Express on October 1, 2007.

>_/s/_
>Brian A. Burns