```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

ABELARDO MORA,                                    07-CV-8168

                Plaintiff,
                                          RULE 7.1 DISCLOSURE
        -against-

UNITED COLLECTION BUREAU, INC.,
                                              Judge Cote

                Defendant.

-----------------------------------X
```

Defendant, UNITED COLLECTION BUREAU, INC., by its attorney, Arthur Sanders, alleges that the defendant has no publicly traded parent companies.

Dated:  Spring Valley, New York
        October 11, 2007

                                             /S/_____
                                             ARTHUR SANDERS, ESQ. (AS-1210)
                                             Attorney for defendant
                                             2 Perlman Drive – Suite 301
                                             Spring Valley NY  10977-5230
                                             845-352-7272

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

    Manhattan Legal Services

    LeBoeuf, Lamb, Greene & MacRae LLP


                                       /S/_____
                                       Arthur Sanders