UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ABELARDO MORA,                                    **07 CV 8168**

                Plaintiff,

    -against-                                **ANSWER**

UNITED COLLECTION BUREAU, INC.,
                           **Judge Cote**
                Defendant.
----------------------------------X


      Defendant, UNITED COLLECTION BUREAU, INC. by its attorney Arthur Sanders, answer plaintiff's complaint as follows:


      1. Defendant denies the allegation contained in Paragraph "1" of the Complaint.


      2. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "2" of the Complaint.


      3. Defendant admits the allegation contained in Paragraph "3" of the Complaint.


      4. Defendant admits the allegation contained in Paragraph "4" of the Complaint.


      5. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "5" of the Complaint.

6.    Defendant    admits    the    allegation    contained    in
Paragraph "6" of the Complaint.

7.    Defendant denies knowledge or information sufficient
to form a belief with respect to the truth of the allegations
contained in Paragraph "7" of the Complaint.

8.    Defendant denies knowledge or information sufficient
to form a belief with respect to the truth of the allegations
contained in Paragraph "8" of the Complaint.

9.    Defendant denies knowledge or information sufficient
to form a belief with respect to the truth of the allegations
contained in Paragraph "9" of the Complaint.

10.    Defendant    admits    the    allegation    contained    in
Paragraph "10" of the complaint.

11.    Defendant admits accessing a credit report on the
plaintiff but otherwise denies the allegations contained in
Paragraph "11" of the Complaint.

12.    Defendant    denies    the    allegation    contained    in
Paragraph "12" of the Complaint.

13.    Defendant admits that its representative had a
conversation with the plaintiff but otherwise denies the
allegation contained in Paragraph "13" of the Complaint.

14.    Defendant admits that its representative had a
conversation with the plaintiff but otherwise denies the
allegation contained in Paragraph "14" of the Complaint.

15.  Defendant admits that its representative had a conversation with the plaintiff but otherwise denies the allegation contained in Paragraph "15" of the Complaint.

16.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "16" of the Complaint.

17.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "17" of the Complaint.

18.  Defendant admits that it did close its file on this account but otherwise denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "18" of the Complaint.

19.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegations contained in Paragraph "19" of the Complaint.

20.  This allegation is a recitation of applicable law and does not require a response.

21.  Defendant denies the allegation contained in Paragraph "21" of the Complaint.

22.  Defendant denies the allegation contained in Paragraph "22" of the Complaint.

23.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "23" of the Complaint.

24.  Defendant denies the allegation contained in Paragraph "24" of the Complaint.

25.  Defendant denies the allegation contained in Paragraph "25" of the Complaint.

26.  Defendant denies the allegation contained in Paragraph "26" of the Complaint.

27.  Defendant denies the allegation contained in Paragraph "27" of the Complaint.

28.  Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "28" of the Complaint.

29.  Defendant denies the allegation contained in Paragraph "29" of the Complaint.

30.  Defendant denies the allegation contained in Paragraph "30" of the Complaint.

31.  Defendant denies the allegation contained in Paragraph "31" of the Complaint.

32.  Defendant denies the allegation contained in Paragraph "32" of the Complaint.

WHEREFORE, defendant, United Collection Bureau, Inc., requests judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:  Spring Valley, New York
        October 11, 2007


_____
ARTHUR SANDERS, ESQ. (AS-1210)
Attorney for defendant
2 Perlman Drive - Suite 301
Spring Valley NY  10977-5230
845-352-7272


TO:
     Chaumtoli Huq
     Manhattan Legal Services
     Attorney for plaintiff
     90 John Street - Suite 301
     New York NY 10038-3243

     John M. Nonna
     Brian A. Burns
     Autumn C. Katz
     LeBoeuf, Lamb, Greene & MacRae LLP
     Attorney for plaintiff
     125 West 55th Street
     New York NY 10019

CERTIFICATE OF SERVICE


I hereby certify that on October 11, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:


    Manhattan Legal Services

    LeBoeuf, Lamb, Greene & MacRae LLP



    /S/_____
    Arthur Sanders