# MEL S. HARRIS AND ASSOCIATES, LLC

| | ATTORNEYS AT LAW | |
|---|---|---|
| MEL S. HARRIS | 5 HANOVER SQUARE, 8th FLOOR | SETH H. SCHLANGER |
| DAVID WALDMAN | NEW YORK, NY 10004 | ROBERT WIDHAM |
| KERRY H. LUTZ | Tel: (212) 660-1050 | RICHARD ELLISON |
| ARTHUR SANDERS | Fax: (646)454-2104 | AMANDA PEREZ |
| | | JOSHUA YOUNGMAN |

March 17, 2008

**MEMO ENDORSED**

MAR 19 2008

Hon. Denise Cote
U.S. Magistrate Judge
United States District Court
300 Pearl Street, Room 1040
New York, NY  10007

Re:  Mora v. United Collection Bureau, Inc.
     CV 07 CV 8168

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

Dear Judge Cote:

Please be advised that this office represents the defendant in the above-captioned matter. This letter is written to request an adjournment or a change of time for the initial conference currently scheduled for March 21, 2008, at 11:30 a.m.

The undersigned will be representing a party at a court-ordered mediation in Supreme Court, New York County, at 11:30 a.m., on March 21, 2008. I will be available at 9:30 a.m. or 10:00 a.m., if the Court can reschedule the conference for that time on March 21, 2008. Otherwise, I am requesting an adjournment to another date.

This is the first request for an adjournment and counsel for the plaintiff has indicated consent to this application.

Please advise.

Sincerely,

MEL S. HARRIS & ASSOCIATES, LLC

By: Arthur Sanders

as/ctw

*Conference is adjourned to March 28 at 9:00 a.m.*
*Denise Cote*
*March 19, 2008*

via facsimile to:

via facsimile to:


Brian Anthony burns
Dewey & Leboeuf, LLP
125 West 55th Street
New York, NY  10019

Autumn c. Katz, Esq.
Dewey & Leboeuf, LLP
125 West 55th Street
New York, NY  10019

Chaumtoli Huq, Esq.
Manhattan legal Services
90 John Street, Suite 301
New York, NY  10038