```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ABELARDO MORA,                           :    07 CIV. 8168 (DLC)
                                         :
                 Plaintiff,              :    PRETRIAL
                                         :    SCHEDULING ORDER
        -v-                              :
                                         :
UNITED COLLECTION BUREAU, INC.,          :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on March 28, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **June 10, 2008**, with the following exception:

2. By **August 1, 2008**, plaintiff shall amend his complaint to assert a class action.

3. All fact discovery must be completed by **August 1, 2008**.

4. The following motions will be served by the dates indicated below.

   Plaintiff's motion for class certification
   Any motion for summary judgment

   - Motions served by **September 5, 2008**
   - Opposition served by **September 19, 2008**
   - Reply served by **September 26, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

5. In the event no motion is filed, the Joint Pretrial Order must be filed by **September 5, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:     New York, New York
           April 1, 2008

                              _____
                              DENISE COTE
                              United States District Judge