```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ABELARDO MORA,
                    Plaintiff,

                                  07 Civ. 8168 (DLC)
         -v-

                                  ORDER OF
UNITED COLLECTION BUREAU, INC.,     DISCONTINUANCE
                    Defendant.
-----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled on the merits except with respect to the issue of attorneys' fees, and the parties having agreed to attempt to resolve the issue of attorneys' fees before the Magistrate Judge, it is hereby

    ORDERED that this action is referred to Magistrate Judge Katz for settlement and for a report and recommendation on any motion with respect to the issue of attorneys' fees.

    SO ORDERED:

Dated:    New York, New York
           September 11, 2008

                                        _____
                                           DENISE COTE
                              United States District Judge