```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
ABELARDO MORA,                         :
                    Plaintiff,         :
                                       :     07 Civ. 8168
          -v-                          :     (DLC)(THK)
                                       :
UNITED COLLECTION BUREAU, INC.,        :     ORDER OF
                    Defendant.         :     REFERENCE TO A
                                       :     MAGISTRATE JUDGE
---------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

_____

_x_ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

_x_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Attorneys' fees

   SO ORDERED:

Dated:    New York, New York
          September 11, 2008

                                    /s/ Denise Cote
                                    _____
                                    DENISE COTE
                                    United States District Judge